ORIGINAL

1  Katherine S. Ritchey (State Bar No. 178409)
   Emily E. Booth (State Bar No. 248008)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA 94104
   Telephone: (415) 626-3939
4  Facsimile:  (415) 875-5700
   Email:    ksritchey@jonesday.com
5  Email:    ebooth@jonesday.com

6  Attorneys for Defendant
   STANDARD INSURANCE COMPANY
7
                                                    *BZ*
8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
11  JOSE DUARTE,                    CV 08    3021
                                    Case No.

12           Plaintiff,            **DECLARATION OF REBECCA
                                   J. JEFFREY IN SUPPORT OF
13      v.                         DEFENDANT STANDARD
                                   INSURANCE COMPANY'S
14  THE STANDARD INSURANCE         NOTICE OF REMOVAL**
    COMPANY a subdivision of
15  STANCORP and DOES 1 THROUGH
    50,
16
             Defendants.
17

18

19      I, Rebecca J. Jeffrey, hereby declare as follows:

20      1.   I am over 18 years of age and I am a resident of the State of

21  Washington. My employment address is 900 S.W. Fifth Avenue, Portland, Oregon

22  97204.

23      2.   I have personal knowledge of the facts set forth in this Declaration

24  and, if called as a witness, could and would testify competently to such facts under

25  oath except for those facts identified below as being based on information and

26  belief. For the facts based on information and belief, as part of my job duties I

27  gathered information from individuals within the company with such knowledge.

28  Based on my investigation I believe these facts to be true and correct.

DECLARATION OF REBECCA J. JEFFREY
                                        IN SUPPORT OF DEFENDANT'S NOTICE
                                        OF REMOVAL

1    3.    I make this declaration in support of Defendant Standard Insurance

2    Company's Notice Of Removal filed on _____, 2008.

3    4.    I have been an employee of Defendant Standard Insurance Company

4    ("Standard") since June 3, 2005. My current position/title is Senior Paralegal.

5    5.    Standard is an Oregon corporation, organized and existing under the

6    laws of the State of Oregon, with its principal place of business in Portland,

7    Oregon.

8    6.    Standard is licensed to conduct business in 49 of the 50 United States,

9    the District of Columbia, Guam, and the US Virgin Islands.

10    7.    As specified in detail below, the substantial predominance of

11    Standard's business activities occur in Oregon based on where Standard: 1)

12    employs people; 2) generates revenue; 3) owns assets; and 4) keeps and maintains

13    its corporate headquarters.

14    8.    Based on information and belief, as of April 26, 2008, Standard

15    employs 3,498 people in 34 states. 2,428 of the employees, or 69.4%, are

16    employed in Oregon. The number of employees for each of the top five states that

17    Standard employs people is as follows:

| | | |
|---|---|---|
| • | Oregon | 2,437 |
| • | Maine | 163 |
| • | Pennsylvania | 133 |
| • | California | 118 |
| • | New York | 110 |

23    9.    Based on information and belief, as of December 31, 2007, the

24    approximate percentage of sales originating in every state in which Standard does

25    business (calculated as a percentage of Standard's total revenue) is listed in the

26    following chart. For ease of reference, the top five states (California, Florida,

27    Oregon, Texas and Washington) are boldfaced.

28    Alabama    1.02%

LAI-2945847v1

- 2 -

DECLARATION OF REBECCA J. JEFFREY
IN SUPPORT OF DEFENDANT'S NOTICE
OF REMOVAL

| | |
|---|---|
| Alaska | 0.41% |
| Arizona | 2.97% |
| Arkansas | 0.33% |
| **California** | **14.99%** |
| Colorado | 5.18% |
| Connecticut | 0.92% |
| Delaware | 0.14% |
| District of Columbia | 0.48% |
| **Florida** | **5.23%** |
| Georgia | 2.80% |
| Hawaii | 0.30% |
| Idaho | 1.18% |
| Illinois | 2.14% |
| Indiana | 2.34% |
| Iowa | 0.86% |
| Kansas | 1.09% |
| Kentucky | 1.29% |
| Louisiana | 1.36% |
| Maine | 0.25% |
| Maryland | 1.07% |
| Massachusetts | 2.25% |
| Michigan | 1.52% |
| Minnesota | 1.72% |
| Mississippi | 0.26% |
| Missouri | 3.12% |
| Montana | 0.33% |
| Nebraska | 0.26% |

| | |
|---|---|
| Nevada | 0.75% |
| New Hampshire | 0.37% |
| New Jersey | 1.09% |
| New Mexico | 0.53% |
| New York | 0.17% |
| North Carolina | 1.48% |
| North Dakota | 0.19% |
| Ohio | 2.98% |
| Oklahoma | 1.42% |
| **Oregon** | **9.98%** |
| Pennsylvania | 2.22% |
| Rhode Island | 0.18% |
| South Carolina | 0.96% |
| South Dakota | 0.06% |
| Tennessee | 0.96% |
| **Texas** | **9.31%** |
| Utah | 1.23% |
| Vermont | 0.21% |
| Virginia | 1.21% |
| **Washington** | **7.62%** |
| West Virginia | 0.18% |
| Wisconsin | 0.84% |
| Wyoming | 0.10% |

10.    Based on information and belief, as of December 31, 2007, Standard owns real property with a total book value of $40,997,831. This property is located in only two states, with approximately 99% located in Oregon. The book value of this property in each state is as follows:

LAI-2945847v1

- 4 -

DECLARATION OF REBECCA J. JEFFREY
IN SUPPORT OF DEFENDANT'S NOTICE
OF REMOVAL

| | Oregon | $40,571,020.00 |
|---|---|---|
| • | Georgia | $426,811.00 |

11.     Based on information and belief, as of December 31, 2007, Standard owns computer hardware, artwork, copiers, furniture, personal computers, telephones, and other office equipment (hereinafter "Personal Property") purchased at a total cost of $58,702,351. Ninety percent of that Personal Property, or $53,034,540, is located in Oregon. The purchase price of this Personal Property for each of the top five states in which Standard owns such property is as follows:

| | Oregon | $53,034,540.00 |
|---|---|---|
| • | Maine | $ 1,246,256.00 |
| • | California | $ 994,215.00 |
| • | Pennsylvania | $ 559,929.00 |
| • | Texas | $ 544,571.00 |

12.     Standard's executive and administrative functions are located at its headquarters in Oregon. The headquarters in Oregon contain the entire finance, accounting, purchasing, treasury, marketing, information systems, internal audit, and legal departments and conducts most of the administrative, training, claims processing/handling, and human resources functions. Oregon is the base from which strategies, procedures, and marketing to obtain all of the income described above is determined.

13.     The location of Standard's principal point of contact for dealing with the public is Portland, Oregon. Standard's Public Affairs and Communications departments are located at its headquarters in Portland, Oregon.

/ / /

/ / /

/ / /

/ / /

LAI-2945847v1

- 5 -

DECLARATION OF REBECCA J. JEFFREY
IN SUPPORT OF DEFENDANT'S NOTICE
OF REMOVAL

1    I declare under penalty of perjury under the laws of Oregon, California and

2  the United States of America that the foregoing is true and correct.

3    Executed this 12th day of June, 2008, in Portland, Oregon.

4

5

6    Rebecca J. Jeffrey

     Rebecca J. Jeffrey
7    Senior Paralegal for Defendant
     Standard Insurance Company

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -

DECLARATION OF REBECCA J. JEFFREY
IN SUPPORT OF DEFENDANT'S NOTICE
OF REMOVAL