ORIGINAL

1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  Emily E. Booth (State Bar No. 248008)
   ebooth@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA 94104
   Telephone:  (415) 626-3939
6  Facsimile:  (415) 875-5700

7  Attorneys for Defendant
   THE STANDARD INSURANCE COMPANY
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  JOSE DUARTE,                          Case No. CV 08 3021

13              Plaintiff,                DISCLOSURE OF NON-PARTY
                                          INTERESTED ENTITIES OR
14       v.                               PERSONS

15  THE STANDARD INSURANCE
    COMPANY, a subdivision of STANCORP,
16  and Does 1 through 50,

17              Defendants.

18

19       Pursuant to the Corporate Disclosure Statement provisions in Fed. R. Civ. P. 7.1 and

20  Local Rule 3-16 Standard Insurance Company makes the following disclosures:

21       Standard Insurance Company is not a publicly traded corporation. Standard Insurance

22  Company is a wholly owned subsidiary of StanCorp Financial Group, Inc., which is a publicly

23  traded corporation. No other publicly held corporation or other publicly held entity has a direct

24  ///

25  ///

26  ///

27  ///

28  ///

Standard's Corporate Disclosure Statement

| | |
|---|---|
| 1 | financial interest in the outcome of the litigation. |
| 2 | |
| 3 | Dated: June 19, 2008 |

Respectfully submitted,

Jones Day

By: _/s/ Emily Booth_____
    Emily Booth

Counsel for Defendant
THE STANDARD INSURANCE COMPANY

SFI-585226v1