| | |
|---|---|
| 1 | Shawn Hanson (State Bar No. 109321) |
|   | shanson@jonesday.com |
| 2 | Katherine S. Ritchey (State Bar No. 178409) |
|   | ksritchey@jonesday.com |
| 3 | Emily E. Booth (State Bar No. 248008) |
|   | ebooth@jonesday.com |
| 4 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 5 | San Francisco, CA 94104 |
|   | Telephone:    (415) 626-3939 |
| 6 | Facsimile:    (415) 875-5700 |
| 7 | Attorneys for Defendant |
|   | THE STANDARD INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DUARTE, | Case No. C 08-03021 BZ |
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| THE STANDARD INSURANCE COMPANY, a subdivision of STANCORP, and Does 1 through 50, | |
| Defendants. | |

   I, Lorraine France-Gorn, declare that I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104-1500. On June 20, 2008, I served copies of the within documents:

   1. **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441;**

   2. **DECLARATION OF REBECCA JEFFREY IN SUPPORT OF DEFENDANT STANDARD INSURANCE COMPANY'S NOTICE OF REMOVAL;**

   3. **DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS;**

   4. **CIVIL CASE COVER SHEET;**

SFI-586330v1

PROOF OF SERVICE
Case No. C 08-03021 BZ

5. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

6. NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL;

7. ECF REGISTRATION INFORMATION HANDOUT;

8. STANDING ORDERS;

9. BOOKLET ENTITLED "CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA;"

10. U.S. DISTRICT COURT GUIDELINES, LIST OF JUDGES & DROP BOX FILING PROCEDURES;

11. PUBLIC NOTICE RE MAGISTRATE JUDGE SEEBORG; and

12. PROOF OF SERVICE

by placing the document(s) listed above in a sealed United Parcel Service (UPS) package, addressed as follows:

    Jose Duarte
    5319 Broadway Terrace, #103
    Oakland, CA 94618

Following ordinary business practices, the envelope was sealed and placed for collection by UPS on this date, and would, in the ordinary course of business, be retrieved by UPS for overnight delivery on this date.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on June 20, 2008, at San Francisco, California.

*[signature]*
Lorraine France-Gorn

SFI-586330v1

- 2 -

PROOF OF SERVICE
Case No. C 08-03021 BZ