1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  Emily E. Booth (State Bar No. 248008)
   ebooth@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:      (415) 875-5700

7  Attorneys for Defendant
   THE STANDARD INSURANCE COMPANY
8

9                       UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE DUARTE,** | Case No. C 08-03021 BZ |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND** |
| v. | |
| **THE STANDARD INSURANCE COMPANY, a subdivision of STANCORP, and Does 1 through 50,** | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **Defendants.** | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

                                        JONES DAY

Dated: June 24, 2008

                                        By: /S/ Emily E. Booth
                                            Emily E. Booth

                                        Attorneys for Defendant
                                        THE STANDARD INSURANCE
                                        COMPANY

SFI-586504v1

DECLINATION TO PROCEED AND
REQUEST FOR REASSIGNMENT C 08-03021 BZ