```
 1 │ Shawn Hanson (State Bar No. 109321)
   │ shanson@jonesday.com
 2 │ Katherine S. Ritchey (State Bar No. 178409)
   │ ksritchey@jonesday.com
 3 │ Emily E. Booth (State Bar No. 248008)
   │ ebooth@jonesday.com
 4 │ JONES DAY
   │ 555 California Street, 26th Floor
 5 │ San Francisco, CA  94104
   │ Telephone:   (415) 626-3939
 6 │ Facsimile:   (415) 875-5700
 7 │ Attorneys for Defendant
   │ THE STANDARD INSURANCE COMPANY
 8 │
 9 │                UNITED STATES DISTRICT COURT
10 │                NORTHERN DISTRICT OF CALIFORNIA
11 │
12 │ JOSE DUARTE,                        │ Case No. C 08-03021 BZ
13 │          Plaintiff,                 │ PROOF OF SERVICE
14 │      v.
15 │ THE STANDARD INSURANCE
   │ COMPANY, a subdivision of STANCORP,
16 │ and Does 1 through 50,
17 │          Defendants.
18 │
19 │     I am a citizen of the United States and employed in San Francisco County, California.  I
20 │ am over the age of eighteen years and not a party to the within-entitled action.  My business
21 │ address is 555 California Street, 26th Floor, San Francisco, California  94104.  I am readily
22 │ familiar with this firm's practice for collection and processing of correspondence for mailing with
23 │ the United States Postal Service.  On June 24, 2008, I placed with this firm at the above address
24 │ for deposit with the United States Postal Service a true and correct copy of the within
25 │ document(s):
26 │          DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
   │          AND REQUEST FOR REASSIGNMENT TO A UNITED STATES
27 │          DISTRICT JUDGE
28 │ in a sealed envelope, postage fully paid, addressed as follows:
```

SFI-586330v1                                1                          PROOF OF SERVICE: C 08-03021

1  Jose Duarte
2  5319 Broadway Terrace, #103
   Oakland, CA 94618

3  Following ordinary business practices, the envelope was sealed and placed for collection
4  and mailing on this date, and would, in the ordinary course of business, be deposited with the
5  United States Postal Service on this date.
6  I declare under penalty of perjury under the laws of the State of California that the above
7  is true and correct.
8  Executed on June 24, 2008, at San Francisco, California.

   _____
   Jeremias Cordero

SFI-586330v1

2

PROOF OF SERVICE: C 08-03021