Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Emily E. Booth (State Bar No. 248008)
ebooth@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
THE STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE DUARTE,** | **Case No. CV 08-03021 JSW** |
| **Plaintiff,** | **STANDARD'S REQUEST FOR IMMEDIATE STATUS CONFERENCE AND [PROPOSED] ORDER** |
| **v.** | |
| **THE STANDARD INSURANCE COMPANY, a subdivision of STANCORP, and Does 1 through 50,** | |
| **Defendants.** | |

WHEREAS, Defendant Standard Insurance Company ("Standard") removed this case from State Court on or about June 19, 2008;

WHEREAS, Plaintiff Jose Duarte currently represents himself;

WHEREAS, Exhibit G to the Complaint contains a psychological evaluation that states that Mr. Duarte "ha[s] difficulty in any situation involving the execution of even simple tasks in a consistent manner" based upon his severe Post Traumatic Stress Disorder, which presents issues regarding his ability to represent himself;

WHEREAS, Plaintiff has indicated an inability and/or unwillingness to participate in telephone conversations both in claim administration and litigation which also presents issues regarding his ability to competently represent himself;

1        Standard requests that the Court set an immediate status conference at the Court's earliest

2    convenience so that the parties can discuss with the Court Mr. Duarte's ability to represent

3    himself and whether it is appropriate to refer the case to a Magistrate Judge for an early

4    settlement conference prior to litigation activities.

Dated: June 26, 2008                    Respectfully submitted,

Jones Day

By:    /s/ Katherine S. Ritchey
        Katherine S. Ritchey

Counsel for Defendant
STANDARD INSURANCE COMPANY

ORDER

        The Court hereby sets a status conference on _____, 2008 at _____

a.m./p.m.  The parties may file a Status Conference Statement with any information they would

like the Court to consider on or before _____, 2008.

        IT IS SO ORDERED.

Dated: _____, 2008

By: _____
     The Honorable Jeffrey S. White
     United States District Judge

SFI-585764v1