```
 1  Shawn Hanson (State Bar No. 109321)
    shanson@jonesday.com
 2  Katherine S. Ritchey (State Bar No. 178409)
    ksritchey@jonesday.com
 3  Emily E. Booth (State Bar No. 248008)
    ebooth@jonesday.com
 4  JONES DAY
    555 California Street, 26th Floor
 5  San Francisco, CA  94104
    Telephone:    (415) 626-3939
 6  Facsimile:    (415) 875-5700
 7  Attorneys for Defendant
    THE STANDARD INSURANCE COMPANY
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DUARTE,<br><br>        Plaintiff,<br><br>v.<br><br>THE STANDARD INSURANCE COMPANY, a subdivision of STANCORP, and Does 1 through 50,<br><br>        Defendants. | Case No. C 08-03021 JSW<br><br>**PROOF OF SERVICE BY MAIL** |

I, Lorraine France-Gorn, declare that I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 26, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

    **STANDARD'S REQUEST FOR IMMEDIATE STATUS CONFERENCE AND [PROPOSED] ORDER**

in a sealed envelope, postage fully paid, addressed as follows:

1  Jose Duarte
2  5319 Broadway Terrace, #103
   Oakland, CA 94618

3  Following ordinary business practices, the envelope was sealed and placed for collection
4  and mailing on this date, and would, in the ordinary course of business, be deposited with the
5  United States Postal Service on this date.
6  I declare that I am employed in the office of a member of the bar of this court at whose
7  direction the service was made.
8  I declare under penalty of perjury under the laws of the State of California that the above
9  is true and correct.
10  Executed on June 26, 2008, at San Francisco, California.

_____
Lorraine France-Gorn

SFI-586703v1

2

PROOF OF SERVICE
C 08-03021 JSW