IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE DUARTE,

    Plaintiff,

v.

THE STANDARD INSURANCE COMPANY,

    Defendant.

No. C 08-03021 JSW

**ORDER GRANTING REQUEST FOR STATUS CONFERENCE**

The Court has received and considered Defendant's request for an immediate status conference. Plaintiff has not filed an opposition to that request as of the date of this Order. The Court finds good cause to grant Defendant's request. Accordingly, it is HEREBY ORDERED that the parties shall appear for a status conference on **Friday, August 8, 2008 at 1:30 p.m.** The parties shall file a status conference statement by no later than Friday, July 25, 2008. It is FURTHER ORDERED that the initial case management conference set for September 26, 2008 at 1:30 p.m. shall remain on calendar pending a further order from this Court.

**IT IS SO ORDERED.**

Dated: July 9, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE DUARTE,

        Plaintiff,

  v.

THE STANDARD INSURANCE COMPANY et al,

        Defendant.

Case Number: CV08-03021 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Duarte
5319 Broadway Terrace #103
Oakland, CA 94618

Dated: July 9, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk