Victor A. Segovia, Esq. Bar No. 146576
The Segovia Law Office
712 Bancroft Road, Number 268
Walnut Creek, CA 94598
(925) 674-0185; (925) 674-0165 fax

For Plaintiff Jose Duarte

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DUARTE<br>          Plaintiff,<br>vs.<br>THE STANDARD INSURANCE<br>COMPANY, a subdivision of STANCORP,<br>and DOES 1 THROUGH 50,<br>          Defendants | CASE NO: CV 08-03021 JSW<br><br>Courtroom:<br>450 Golden Gate Avenue<br>San Francisco, California |

## DUARTE SUBSTITUTION OF COUNSEL

### NOTICE TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS:

I, Mr. Jose Duarte acting as my own counsel, give notice of my consent to substitute Mr. Victor A. Segovia as my new counsel. Segovia will now represent me in this matter.

June 30, 2008, /s/ *Jose Duarte*.


I, Mr. Victor A. Segovia, consent to this substitution.

June 30, 2008          The Segovia Law Office
                       /s/ *Victor A. Segovia*
                       Counsel to Plaintiff

*THE SEGOVIA LAW OFFICE*
*712 BANCROFT ROAD NUMBER 268*
*WALNUT CREEK, CALIFORNIA  94598*

DUARTE SUBSTITUTION OF COUNSEL: IDuarte Substitution.doc

<div style="text-align:left; writing-mode:vertical">**THE SEGOVIA LAW OFFICE**
712 BANCROFT ROAD NUMBER 268
WALNUT CREEK, CALIFORNIA  94598</div>

# PROOF OF SERVICE

*Case Name: DUARTE vs. THE STANDARD INSURANCE COMPANY,*
Case No. CV 08-03021 JSW

    I am a citizen of the United States, over the age of 18 years and not a party to the cause herein. My office address is, or I can be reached at, Segovia Law Office, 712 Bancroft Rd. No. 268 Walnut Creek, CA 94598. I am readily familiar with the standard business practices of this office in connection with the mailing, delivering (via messenger and overnight), and faxing of documents. If service is by mail, the documents were placed in an envelope with the correct postage addressed to the party named below using the address listed and deposited with the United States Postal Service.

    On the date below, the following documents were served:

## DUARTE SUBSTITUTION OF COUNSEL

on the interested parties in said cause, by causing an original or true copy thereof to be enclosed in a sealed envelope addressed as in the Service List that follows:

| | |
|---|---|
| I | Mail Delivery: I caused such envelope(s) to be placed in the United States mail, postage fully prepaid, in accordance with the standard business practices of this office, in the city of Walnut Creek, California. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 7, 2008, in Walnut Creek, California.

_____
Victor A. Segovia

Service List:

| | | |
|---|---|---|
| I | Standard Insurance Company | Katherine Ritchey<br>Jones Day<br>555 California Street, Floor 26<br>San Francisco, CA 94104 |

DUARTE SUBSTITUTION OF COUNSEL: IDuarte Substitution.doc