Victor A. Segovia, Esq. Bar No. 146576
The Segovia Law Office
712 Bancroft Road, Number 268
Walnut Creek, CA 94598
(925) 674-0185; (925) 674-0165 fax

For Plaintiff José Duarte

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DUARTE<br>  Plaintiff,<br>vs.<br>THE STANDARD INSURANCE COMPANY, a subdivision of STANCORP, and DOES 1 THROUGH 50,<br>  Defendants | CASE NO: CV 08-03021 JSW<br><br>Courtroom:<br>450 Golden Gate Avenue<br>San Francisco, California |

### DUARTE STATUS CONFERENCE STATEMENT
### AND
### REQUEST TO OFF CALENDAR THE AUGUST STATUS CONFERENCE

Mr. Jose Duarte requests the August 8, 2008, status conference be taken off calendar.

The Court scheduled that conference upon Standard Insurance Company's request so, "the parties can discuss with the Court Mr. Duarte's ability to represent himself." Duarte himself did not file an opposition or other response but did acquire undersign in the intervening period and so SIC's concerns are now moot, not to mention that there doesn't appear to be any authority infringing on the right of a individual to represent himself in a civil action.

Respectfully, Duarte requests the August conference be taken off calendar so as not to waste the court and counsel's time.

Further, Duarte believes the Court maintained the original September 26, 2008, status conference on its calendar so that all other issues normally addressed at status conferences be addressed at that time. Consequently, this document adequately addresses what would have been *the only* issue for this conference and is also submitted as a conference statement for it.

| | |
|---|---|
| July 13, 2008 | The Segovia Law Office |
| | /s/ *Victor H. Segovia* |
| | Counsel to Plaintiff |

1  Victor A. Segovia, Esq. Bar No. 146576
   The Segovia Law Office
2  712 Bancroft Road, Number 268
   Walnut Creek, CA 94598
3  (925) 674-0185; (925) 674-0165 fax

4  For Plaintiff Jose Duarte

5              IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7  JOSE DUARTE                          CASE NO: CV 08-03021 JSW
         Plaintiff,
8                                       Courtroom:
   vs.                                  450 Golden Gate Avenue
9  THE STANDARD INSURANCE               San Francisco, California
   COMPANY, a subdivision of STANCORP,
10 and DOES 1 THROUGH 50,
11       Defendants

12              **CERTIFICATE OF SERVICE:**

13              (PROOF OF SERVICE)

14 Undersign is a citizen of the United States, over the age of 18 years, and not a party to the cause herein. Undersign's office address is, or can be reached at, The Segovia Law Office, 712 Bancroft Rd. No. 268 Walnut Creek, CA 94598. Undersign is readily familiar with the standard business practices of the office in connection with the mailing, delivering, and faxing of documents as needed.
        On the date below, UNDERSIGN SERVED:
   **1. DUARTE STATUS CONFERENCE STATEMENT AND REQUEST TO OFF CALENDAR THE AUGUST STATUS CONFERENCE**
        SERVICE BY MAIL, meaning the documents were placed in an envelope with the correct postage addressed to the party named in the SERVICE LIST below using the address listed and deposited with the United States Postal Service or receptacle for outgoing mail of the office.

21 I certify the foregoing is true and correct and that this was executed in Walnut Creek, California on:

23 July 13, 2008                    The Segovia Law Office
                                    /s/ *Victor A. Segovia*
                                    Counsel to Plaintiff

   Service List:

   | 1 | Standard Insurance Company | Katherine Ritchey
   Jones Day
   555 California Street, Floor 26
   San Francisco, CA 94104 |