Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Emily E. Booth (State Bar No. 248008)
ebooth@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
THE STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE DUARTE,**<br><br>Plaintiff,<br><br>v.<br><br>**THE STANDARD INSURANCE COMPANY, a subdivision of STANCORP, and Does 1 through 50,**<br><br>Defendants. | Case No. CV 08-03021 JSW<br><br>**STANDARD'S CASE MANAGEMENT STATEMENT** |

    Plaintiff recently filed a Notice of Appearance and a Case Management Statement indicating that he has retained counsel in the above matter. As Plaintiff correctly noted Standard's request for an immediate status conference was based on its concern regarding Plaintiff's ability to represent himself.

    Accordingly, Standard agrees that the August 8, 2008 Case Management Conference can be taken off calendar and the case can proceed on the Court's regular case management calendar.

| | | |
|---|---|---|
| 1 | Dated: July 15, 2008 | Respectfully submitted, |
| 2 | | Jones Day |
| 3 | | |
| 4 | | By: /s/ Emily E. Booth |
| | | Emily E. Booth |
| 5 | | |
| 6 | | Counsel for Defendant<br>STANDARD INSURANCE COMPANY |