E-Filing

**FILED**
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE DUARTE,

    Plaintiff,

v.

THE STANDARD INSURANCE COMPANY,

    Defendant.

No. C 08-03021 JSW

**ORDER VACATING STATUS CONFERENCE**

The Court has received the recent case management statements submitted by the parties. The August 8, 2008 status conference is VACATED. The initial case management conference set for September 26, 2008 at 1:30 p.m. remains on calendar, and the parties' joint case management statement shall be due on or before September 19, 2008.

**IT IS SO ORDERED.**

Dated: July 16, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE