1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   THE STANDARD INSURANCE COMPANY
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | JOSE DUARTE,                          | Case No. CV-08-03021-JSW
13 |           Plaintiff,                  | **DECLARATION OF SHAWN HANSON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND**
14 |     v.                                |
15 | THE STANDARD INSURANCE COMPANY, a subdivision of STANCORP, and Does 1 through 50, |
16 |                                       |
17 |           Defendants.                 | Hearing:    August 29, 2008
                                             Time:       9:00 a.m.
18                                           Courtroom:  2, 17th Floor
                                             Before the Honorable Jeffrey S. White

19

20

21
       I, SHAWN HANSON, declare as follows:
22
       1.  I am a member of the State Bar of California and admitted to practice in this Court.  I
23
   am one of the counsel of record for defendant STANDARD INSURANCE COMPANY
24
   ("Standard") in the above-captioned matter.  I make this declaration in support of Standard's
25
   Opposition to Plaintiff's Motion for Remand.  The facts stated herein are true and correct based
26
   upon my personal knowledge.  If called upon as a witness, I could and would competently testify
27
   as stated below.
28

Decl. of Hanson in Support of Def.'s
Opposition to Plaintiff's Motion for Remand
Case No. CV-08-03021-JSW

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter dated July 31, 2008, sent to Plaintiff.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Requests for Admission sent to Plaintiff on July 31, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiff's Response to Standard's Requests for Admission.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 8th day of August 2008, at San Francisco, California.

                                        By:  /s/ Shawn Hanson  
                                            Shawn Hanson

SFI-589220v1

# EXHIBIT 1

# JONES DAY

555 CALIFORNIA STREET • 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104-1500
TELEPHONE: 415-626-3939 • FACSIMILE: 415-875-5700

Direct Number: (415) 875-5726
shanson@jonesday.com

July 31, 2008

**VIA HAND DELIVERY**

Victor A. Segovia
The Segovia Law Office
712 Bancroft Road, Number 268
Walnut Creek, CA 94598

Re: Jose Duarte v. Standard Insurance Company
USDC for the Northern District of California,
Case No. CV-08-03021-JSW

Dear Mr. Segovia:

Please find enclosed Defendant Standard Insurance Company's First Set of Requests for Admission. We presume that you will respond to the Requests for Admission in advance of the August 29, 2008 hearing date, in a manner consistent with the Duarte Motion for Remand. If you do not respond to the Requests for Admission before August 29, 2008, we will presume that you deny that Plaintiff Jose Duarte is not seeking damages in excess of $44,795.52.

Very truly yours,

Shawn Hanson

Enclosure

SFI-588757v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

**EXHIBIT 2**

1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   THE STANDARD INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 JOSE DUARTE,                              Case No. CV-08-03021-JSW

13              Plaintiff,

14       v.                                   DEFENDANT STANDARD
                                              INSURANCE COMPANY'S FIRST
15 THE STANDARD INSURANCE                     SET OF REQUESTS FOR
   COMPANY, a subdivision of STANCORP,        ADMISSION
16 and Does 1 through 50,

17              Defendants.

18

19

20 **PROPOUNDING PARTY:**      Defendant STANDARD INSURANCE COMPANY

21 **RESPONDING PARTY:**       Plaintiff JOSE DUARTE

22 **SET NUMBER:**             ONE

23       Pursuant to Rule 36 of the Federal Rules of Civil Procedure, defendant STANDARD

24 INSURANCE COMPANY ("Standard") requests that Plaintiff JOSE DUARTE provide verified

25 responses to the following requests for admission to the attention of Katherine S. Ritchey at the

26 offices of Jones Day, 555 California Street, 26th Floor, San Francisco, CA 94104-1500, within 30

27 days of service of this Request.

28

SFI-588730v1                                 1                   Case No. CV-08-03021-JSW
                                                         Standard's First Set of RFAs to Plaintiff

## DEFINITIONS

As used in these requests for admission, the following terms have the meanings indicated:

A. "YOU" or "YOUR" refers to plaintiff Jose Duarte as well as YOUR attorneys, investigators, agents, and each of their agents and employees and anyone else acting on YOUR behalf.

B. "STANDARD" means defendant Standard Insurance Company.

## REQUESTS FOR ADMISSION

**Request for Admission No. 1**: Admit that under no circumstances (known or unknown) is the amount of YOUR damages of any type including but not limited to emotional distress, attorney's fees or exemplary damages with respect to any claim against STANDARD under Policy number 614371 in excess of $44,795.52.

**Request for Admission No. 2**: Admit that under no circumstances (known or unknown) is the amount YOUR present and future benefits for disability under Policy number 614371 in excess of $44,795.52.

Dated: July 31, 2008

JONES DAY

By: _/s/ Shawn Hanson_
Shawn Hanson

Attorney for Defendant
STANDARD INSURANCE COMPANY

# PROOF OF SERVICE BY HAND DELIVERY

I, Ruth Chavez, declare that I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104-1500. On July 31, 2008, I served a copy of the within document:

**DEFENDANT STANDARD INSURANCE COMPANY'S FIRST SET OF REQUESTS FOR ADMISSION**

by placing the document(s) listed above in a sealed envelope and arranging for such envelope to be delivered, with delivery time prior to 5:00 p.m. on the date specified above, to the person and address as set forth below:

**Victor A. Segovia**
**The Segovia Law Office**
**712 Bancroft Road, Number 268**
**Walnut Creek, CA 94598**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on July 31, 2008 at San Francisco, California.

Ruth Chavez

**EXHIBIT 3**

Victor A. Segovia, Esq. Bar No. 146576
The Segovia Law Office
712 Bancroft Road, Number 268
Walnut Creek, CA 94598
(925) 674-0185; (925) 674-0165 fax

For Plaintiff José Duarte

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DUARTE<br>    Plaintiff,<br>vs.<br>THE STANDARD INSURANCE COMPANY, a subdivision of STANCORP, and DOES 1 THROUGH 50,<br>    Defendants | CASE NO: CV 08-03021 JSW<br><br>Courtroom 2, 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, California |

### DUARTE RESPONSE TO REQUEST FOR ADMISSIONS SET ONE

PROPOUNDING PARTY:   Defendant STANDARD INSURANCE COMPANY

RESPONDING PARTY:    Plaintiff JOSE DUARTE

SET NUMBER:          ONE

Mr. JOSE DUARTE responds to STANDARD INSURANCE COMPANY's unauthorized request for admissions:

REQUEST FOR ADMISSION NO. 1:

Duarte will not respond to this request because under Rule 26(d)(1) it is unlawful.

There has not been a Rule 26(f) conference because the removing party, SIC, has not arranged for one. Under Federal Rule of Civil Procedure 26(d)(1), "A party may not seek discovery from *any* source before the parties have conferred as required by Rule 26(f)." Under Rule 26(d)(1) therefore *no* formal discovery is permitted at this time.

REQUEST FOR ADMISSION NO. 2:

Duarte will not respond to this request because under Rule 26(d)(1) it is unlawful.

1     There has not been a Rule 26(f) conference because the removing party, SIC,
2 has not arranged for one. Under Federal Rule of Civil Procedure 26(d)(1), "A party
3 may not seek discovery from *any* source before the parties have conferred as required
4 by Rule 26(f)." Under Rule 26(d)(1) therefore *no* formal discovery is permitted at this
5 time.

6     August 2, 2008        The Segovia Law Office

7

8                                 Counsel to Plaintiff

Victor A. Segovia, Esq. Bar No. 146576
The Segovia Law Office
712 Bancroft Road, Number 268
Walnut Creek, CA 94598
(925) 674-0185; (925) 674-0165 fax

For Plaintiff Jose Duarte

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DUARTE<br>    Plaintiff,<br>vs.<br>THE STANDARD INSURANCE COMPANY, a subdivision of STANCORP, and DOES 1 THROUGH 50,<br>    Defendants | CASE NO: CV 08-03021 JSW<br><br>Hearing: August 29, 2008<br>Time: 9:00 AM<br>Courtroom 2, 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, California |

## DUARTE CERTIFICATE OF SERVICE:

(PROOF OF SERVICE)

Undersign is a citizen of the United States, over the age of 18 years and not a party to the cause herein. Undersign can be reached at The Segovia Law Office, 712 Bancroft Rd. No. 268 Walnut Creek, CA 94598. Undersign is readily familiar with the standard business practices of the office in connection with the mailing, delivering (via messenger and overnight), and faxing of documents. If service is by mail, the documents were placed in an envelope with the correct postage addressed to the party named below using the address listed and deposited with the United States Postal Service.
    Mail service was used unless a party will receive service by electronic means through the court's Electronic Case Filing system.

    On the date below, UNDERSIGN CAUSED TO BE SERVED **BY MAIL**: **DUARTE RESPONSE TO REQUEST FOR ADMISSIONS SET ONE**
On the interested parties in the Service List below.

I certify the foregoing is true and correct and that this was executed in Walnut Creek, California on:

August 2, 2008
                          The Segovia Law Office
                          /s/ Victor A. Segovia
                          Counsel to Plaintiff

Service List:

| Standard Insurance Company | Shawn Hanson<br>Jones Day<br>555 California Street, Floor 26<br>San Francisco, CA 94104 |
|---|---|