1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   THE STANDARD INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

| JOSE DUARTE, | Case No.  CV 08-03021-JSW |
|---|---|
| Plaintiff, | DECLARATION OF MOLLY AMANO IN SUPPORT OF DEFENDANT STANDARD INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND |
| v. | |
| THE STANDARD INSURANCE COMPANY a subdivision of STANCORP and DOES 1 THROUGH 50, | |
| Defendants. | Hearing:    August 29, 2008<br>Time:       9:00 a.m.<br>Courtroom:  2, 17th Floor<br>Before the Honorable Jeffrey S. White |

I, Molly Amano, hereby declare as follows:

1.   I am over 18 years of age and I am a resident of the State of Oregon.  My employment address is 1100 SW 6th Avenue, Portland, OR  97204.

2.   I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

3.   I make this declaration in support of Defendant Standard Insurance Company's ("Standard") Opposition to Plaintiff's Motion for Remand, to be filed on August 8, 2008.

4.   I have been an employee of Standard since 1/21/2002.  My current position/title is Human Resources Information Systems (IS) Analyst II.

1  5. My job duties include, but are not limited to HRIS Reporting, ESS Administrator,
2  and HRIS project work.
3  6. The facts set forth in this Declaration are derived from data compilations found in
4  business records maintained in the ordinary course of Standard's business activity and it was the
5  regular practice of that business activity to keep such records.
6  7. As of April 26, 2008, Standard employs 3,498 people in 34 states. 2,428 of the
7  employees, or 69.4%, are employed in Oregon. The number of employees for each of the top five
8  states that Standard employs people is as follows:

| | | |
|---|---|---|
| • | Oregon | 2,437 |
| • | Maine | 163 |
| • | Pennsylvania | 133 |
| • | California | 118 |
| • | New York | 110 |

I declare under penalty of perjury under the laws of Oregon, California and the United States of America that the foregoing is true and correct.

Executed this 5th day of August, 2008, in Portland, Oregon.

_____
Molly Amano
Human Resources IS Analyst II for
Standard Insurance Company

SFI-588912v1                  - 2 -

Decl. of Molly Amano in Support of
Defendant's Opp. to Plaintiff's Motion for
Remand; Case No. CV 08-03021-JSW