1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   THE STANDARD INSURANCE COMPANY
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11
   JOSE DUARTE,                              Case No. CV 08-03021-JSW
12
              Plaintiff,                     DECLARATION OF DAVID
13                                           MEKVOLD IN SUPPORT OF
       v.                                    DEFENDANT STANDARD
14                                           INSURANCE COMPANY'S
   THE STANDARD INSURANCE                    OPPOSITION TO PLAINTIFF'S
15 COMPANY a subdivision of STANCORP         MOTION FOR REMAND
   and DOES 1 THROUGH 50,
16                                           Hearing:     August 29, 2008
              Defendants.                    Time:        9:00 a.m.
17                                           Courtroom:   2, 17th Floor
                                             Before the Honorable Jeffrey S. White
18

19         I, David Mekvold, hereby declare as follows:

20         1.    I am over 18 years of age and I am a resident of the State of Oregon. My

21  employment address is 1100 SW 6th Avenue, Portland, OR 97204.

22         2.    I have personal knowledge of the facts set forth in this Declaration and, if called as

23  a witness, could and would testify competently to such facts under oath.

24         3.    I make this declaration in support of Defendant Standard Insurance Company's

25  ("Standard") Opposition to Plaintiff's Motion for Remand to be filed on August 8, 2008.

26         4.    I have been an employee of Standard since 2006. My current position/title is

27  Senior Financial & Accounting Analyst.

28         5.    My job duties include, but are not limited to Financial Review of Assets.

SFI-588910v1                                               Decl. of David Mekvold in Support of
                                                           Defendant's Opp. to Plaintiff's Motion for
                                                           Remand; Case No. CV 08-03021-JSW

6. The facts set forth in this Declaration are derived from data compilations found in business records maintained in the ordinary course of Standard's business activity and it was the regular practice of that business activity to keep such records.

7. As of December 31, 2007, Standard owns computer hardware, artwork, copiers, furniture, personal computers, telephones, and other office equipment (hereinafter "Personal Property") purchased at a total cost of $58,702,351. Ninety percent of that Personal Property, or $53,034,540, is located in Oregon. The purchase price of this Personal Property for each of the top five states in which Standard owns such property is as follows:

|   |   |   |
|---|---|---|
| • | Oregon | $53,034,540.00 |
| • | Maine | $ 1,246,256.00 |
| • | California | $ 994,215.00 |
| • | Pennsylvania | $ 559,929.00 |
| • | Texas | $ 544,571.00 |

I declare under penalty of perjury under the laws of Oregon, California and the United States of America that the foregoing is true and correct.

Executed this Seventh day of August, 2008, in Portland, Oregon.

David Mekvold
Senior Financial & Accounting Analyst
for Defendant Standard Insurance
Company