1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:   (415) 626-3939
5  Facsimile:   (415) 875-5700

6  Attorneys for Defendant
   THE STANDARD INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  JOSE DUARTE,                         | Case No.  CV 08-03021-JSW
13              Plaintiff,                | **DECLARATION OF BRENT STEPHENS IN SUPPORT OF DEFENDANT STANDARD INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND**
14       v.
15  THE STANDARD INSURANCE COMPANY a subdivision of STANCORP and DOES 1 THROUGH 50,
16
17              Defendants.               | Hearing:     August 29, 2008
                                          | Time:        9:00 a.m.
                                          | Courtroom:   2, 17th floor
18                                        | Before the Honorable Jeffrey S. White
19

20       I, Brent Stephens, hereby declare as follows:

21       1.   I am over 18 years of age and I am a resident of the State of Washington.  My

22  employment address is 900 SW 5th Avenue, Portland, OR  97204.

23       2.   I have personal knowledge of the facts set forth in this Declaration and, if called as

24  a witness, could and would testify competently to such facts under oath.

25       3.   I make this declaration in support of Defendant Standard Insurance Company's

26  ("Standard") Opposition to Plaintiff's Motion for Remand to be filed on August 8, 2008.

27       4.   I have been an employee of Standard since September 1, 1999.  My current

28  position/title is Senior Actuarial Associate.

1    5.  My job duties include, but are not limited to providing Actuarial and financial
2 data.

3    6.  The facts set forth in this Declaration are derived from data compilations found in
4 business records maintained in the ordinary course of Standard's business activity and it was the
5 regular practice of that business activity to keep such records.

6    7.  As of December 31, 2007, the approximate percentage of sales originating in every
7 state in which Standard does business (calculated as a percentage of Standard's total revenue) is
8 listed in the following chart. For ease of reference, the top five states (California, Florida,
9 Oregon, Texas and Washington) are boldfaced.

| State | Percentage |
|---|---|
| Alabama | 1.02% |
| Alaska | 0.41% |
| Arizona | 2.97% |
| Arkansas | 0.33% |
| **California** | **14.99%** |
| Colorado | 5.18% |
| Connecticut | 0.92% |
| Delaware | 0.14% |
| District of Columbia | 0.48% |
| **Florida** | **5.23%** |
| Georgia | 2.80% |
| Hawaii | 0.30% |
| Idaho | 1.18% |
| Illinois | 2.14% |
| Indiana | 2.34% |
| Iowa | 0.86% |
| Kansas | 1.09% |
| Kentucky | 1.29% |
| Louisiana | 1.36% |

| | | |
|---|---|---|
| | Maine | 0.25% |
| | Maryland | 1.07% |
| | Massachusetts | 2.25% |
| | Michigan | 1.52% |
| | Minnesota | 1.72% |
| | Mississippi | 0.26% |
| | Missouri | 3.12% |
| | Montana | 0.33% |
| | Nebraska | 0.26% |
| | Nevada | 0.75% |
| | New Hampshire | 0.37% |
| | New Jersey | 1.09% |
| | New Mexico | 0.53% |
| | New York | 0.17% |
| | North Carolina | 1.48% |
| | North Dakota | 0.19% |
| | Ohio | 2.98% |
| | Oklahoma | 1.42% |
| | **Oregon** | **9.98%** |
| | Pennsylvania | 2.22% |
| | Rhode Island | 0.18% |
| | South Carolina | 0.96% |
| | South Dakota | 0.06% |
| | Tennessee | 0.96% |
| | **Texas** | **9.31%** |
| | Utah | 1.23% |
| | Vermont | 0.21% |

| | |
|---|---|
| Virginia | 1.21% |
| **Washington** | **7.62%** |
| West Virginia | 0.18% |
| Wisconsin | 0.84% |
| Wyoming | 0.10% |

I declare under penalty of perjury under the laws of Oregon, California and the United States of America that the foregoing is true and correct.

Executed this 8th day of August, 2008, in Portland, Oregon.

_____
Brent Stephens
Senior Actuarial Associate for Standard
Insurance Company