Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
THE STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE DUARTE,<br><br>Plaintiff,<br><br>v.<br><br>THE STANDARD INSURANCE COMPANY a subdivision of STANCORP and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. **CV 08-03021-JSW**<br><br>**DECLARATION OF CATHY TRAN IN SUPPORT OF DEFENDANT STANDARD INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND**<br><br>Hearing:     August 29, 2008<br>Time:          9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Before the Honorable Jeffrey S. White |

I, Cathy Tran, hereby declare as follows:

1.      I am over 18 years of age and I am a resident of the State of Washington.  My employment address is 1100 SW 6th Avenue, Portland, OR  97204.

2.      I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

3.      I make this declaration in support of Defendant Standard Insurance Company's ("Standard") Opposition to Plaintiff's Motion for Remand to be filed on August 8, 2008.

4.      I have been an employee of Standard since April 2000.  My current position/title Manager, Investment Accounting.

5.      My job duties include, but are not limited to investment accounting.

SFI-588909v1

Decl. of Cathy Tran in Support of Defendant's
Opp. to Plaintiff's Motion for Remand; Case
No. CV 08-03021-JSW

1    6.    Standard is an Oregon corporation, organized and existing under the laws of the

2  State of Oregon, with its principal place of business in Portland, Oregon.

3    7.    Standard is licensed to conduct business in 49 of the 50 United States, the District

4  of Columbia, Guam, and the US Virgin Islands.

5    8.    As of December 31, 2007, Standard owns real property with a total book value of

6  $40,997,831.  This property is located in only two states, with approximately 99% located in

7  Oregon.  The book value of this property in each state is as follows:

| | | |
|---|---|---|
| • | Oregon | $40,571,020.00 |
| • | Georgia | $426,811.00 |

10    I declare under penalty of perjury under the laws of Oregon, California and the United

11  States of America that the foregoing is true and correct.

12    Executed this sixth day of August, 2008, in Portland, Oregon.

13

14

15    *Cathy Tran*
   Cathy Tran
16    Manager, Investment Accounting for
   Defendant Standard Insurance Company

17

18

19

20

21

22

23

24

25

26

27

28

Decl. of Cathy Tran in Support of Defendant's
Opp. to Plaintiff's Motion for Remand; Case
No. CV 08-03021-JSW