1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   THE STANDARD INSURANCE  COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSE DUARTE,** | **Case No. CV-08-03021-JSW** |
| **Plaintiff,** | |
| v. | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR REMAND AND MOTION TO STRIKE DEFENDANT'S DECLARATION IN SUPPORT OF REMOVAL** |
| **THE STANDARD INSURANCE COMPANY, a subdivision of STANCORP, and Does 1 through 50,** | |
| **Defendants.** | Hearing:      August 29, 2008<br>Time:          9:00 a.m.<br>Courtroom:  2, 17th Floor<br>Before the Honorable Jeffrey S. White |

Having considered the papers filed in connection with Plaintiff's Motion for Remand and Plaintiff's Motion to Strike Defendant's Declaration in Support of Removal, and the argument of counsel,

IT IS HEREBY ORDERED that Plaintiff's Motion for Remand and Plaintiff's Motion to Strike Defendant's Declaration in Support of Removal are DENIED.

Dated: _____, 2008.        _____
                                         Jeffrey S. White
                                         United States District Judge

SFI-589312v1

[Proposed] Order Denying Plaintiff's Motion for
Remand and Motion to Strike Defendant's Decl. in
Support of Removal;  CV-08-03021-JSW