1  Victor A. Segovia, Esq. Bar No. 146576
   The Segovia Law Office
2  712 Bancroft Road, Number 268
   Walnut Creek, CA 94598
3  (925) 674-0185; (925) 674-0165 fax

4  For Duarte José Duarte

5

6

7              **IN THE UNITED STATES DISTRICT COURT**

8          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9  JOSE DUARTE                          CASE NO: CV 08-03021 JSW
           Duarte,
                                        Hearing: August 29, 2008
10 vs.                                  Time: 9:00 AM
                                        Courtroom 2, 17th Floor
11 THE STANDARD INSURANCE               450 Golden Gate Avenue
   COMPANY, a subdivision of STANCORP,  San Francisco, California
12 and DOES 1 THROUGH 50,
           Defendants
13

14                  **DUARTE REPLY TO**
            **OPPOSITION TO STRIKE AND REMAND**

15 Mr. JOSE DUARTE objected to and motioned to strike The Standard Insurance

16 Company's (SIC) declaration in support of removal.  Duarte also motioned for remand

17 based upon the lack of diversity of citizenship of the parties.  SIC apparently wishes to

18 oppose both motions though their opposition papers are sorely lacking. Exhibit 1.

19      Through the Electronic Case Filing system, undersign received SIC's

20 "opposition" papers constituting documents numbered 19 through 26 of this action,

21 except that they are actually only an image of the first page of each document. Exhibit

22 One contains the *entire* sum of pages constituting SIC's moving papers. It appears SIC

23 failed to electronically file the *whole of each* document.  This appears to be an

24 inadvertent, but serious, flaw on SIC's part crying out for immediate corrective

25 measures.

26      As of August 12, 2008, undersign did not receive any documents from SIC

27 through the United States Postal Service.

28

THE SEGOVIA LAW OFFICE
712 BANCROFT ROAD NUMBER 268
WALNUT CREEK, CALIFORNIA 94598

DUARTE REPLY TO OPPOSITION TO STRIKE AND REMAND· D' Reply.doc

Duarte assumes SIC will take immediate corrective measures to replace the current filing with complete ones though they may be untimely as this point.  Upon receiving new supplemental filings, Duarte will of course reply a second time.

As it stands now however, Duarte replies that because SIC's entire opposition filing is sorely lacking they should constitute *no* opposition whatsoever and that Duarte's two motions should stand un-apposed.

July 13, 2008                The Segovia Law Office
                             /s/ *Victor A. Segovia*
                             Counsel to Duarte

THE SEGOVIA LAW OFFICE
712 BANCROFT ROAD NUMBER 268
WALNUT CREEK, CALIFORNIA  94598

DUARTE REPLY TO OPPOSITION TO STRIKE AND REMAND: D' Reply.doc

1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   THE STANDARD INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  **JOSE DUARTE,** | **Case No. CV-08-03021-JSW** |
| 13               **Plaintiff,** | **OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE** |
| 14        **v.** | **DEFENDANT'S DECLARATION IN SUPPORT OF REMOVAL** |
| 15  **THE STANDARD INSURANCE** | |
|     **COMPANY, a subdivision of STANCORP,** | Hearing:    August 29, 2008 |
| 16  **and Does 1 through 50,** | Time:      9:00 a.m. |
| 17               **Defendants.** | Courtroom:  2, 17th Floor |
|     | Before the Honorable Jeffrey S. White |
| 18 | |

19  **I.    Introduction and Summary of Argument**

20         Plaintiff's Motion to Strike Defendant's Declaration in Support of Removal should be

21  denied. The Declaration of Rebecca J. Jeffrey is reliable, includes admissible facts, and does not

22  contain hearsay. Moreover, in an abundance of caution, Standard Insurance Company

23  ("Standard") attached supplementary declarations to its Opposition to Plaintiff's Motion for

24  Remand, curing any infirmities with the Declaration.

25  **II.    Background**

26         Plaintiff commenced this action against Standard and Does 1 through 50 by filing a

Exhibit 1

1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:     (415) 626-3939
5  Facsimile:      (415) 875-5700

6  Attorneys for Defendant
   THE STANDARD INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12  JOSE DUARTE,                              Case No. CV-08-03021-JSW

13            Plaintiff,

14       v.                                   Hearing:     August 29, 2008
                                              Time:        9:00 a.m.
15  THE STANDARD INSURANCE                    Courtroom: 2, 17th Floor
    COMPANY, a subdivision of STANCORP,       Before the Honorable Jeffrey S. White
16  and Does 1 through 50,

17            Defendants.

18

19        STANDARD'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND

20

21

22

23

24

25

26

Exhibit 1

Document Selection Menu

# Multiple Documents

To view the main document and its attachments without incurring a PACER fee, click on the hyperlinks displayed on this menu. You may incur a PACER fee to view CM/ECF documents from hyperlinks within the documents.

Select the document you wish to view.

| Part | Description | |
|------|-------------|---|
| 1 | Main Document | 2 pages |
| 2 | Exhibit 1 | 2 pages |
| 3 | Exhibit 2 | 4 pages |
| 4 | Exhibit 3 | 4 pages |

Exhibit 1

# EXHIBIT 1



**EXHIBIT 2**

Exhibit 1

**EXHIBIT 3**

Exhibit 1

1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   THE STANDARD INSURANCE COMPANY

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11
   JOSE DUARTE,                          Case No.  CV 08-03021-JSW
12
              Plaintiff,                 DECLARATION OF MOLLY AMANO
13                                       IN SUPPORT OF DEFENDANT
       v.                                STANDARD INSURANCE
14                                       COMPANY'S OPPOSITION TO
   THE STANDARD INSURANCE                PLAINTIFF'S MOTION FOR
15 COMPANY a subdivision of STANCORP     REMAND
   and DOES 1 THROUGH 50,
16                                       Hearing:     August 29, 2008
              Defendants.                Time:        9:00 a.m.
17                                       Courtroom:   2, 17th Floor
                                         Before the Honorable Jeffrey S. White
18

19     I, Molly Amano, hereby declare as follows:

20     1.      I am over 18 years of age and I am a resident of the State of Oregon.  My

21 employment address is 1100 SW 6th Avenue, Portland, OR  97204.

22     2.      I have personal knowledge of the facts set forth in this Declaration and, if called as

23 a witness, could and would testify competently to such facts under oath.

24     3.      I make this declaration in support of Defendant Standard Insurance Company's

25 ("Standard") Opposition to Plaintiff's Motion for Remand, to be filed on August 8, 2008.

26     4.      I have been an employee of Standard since 1/21/2002.  My current position/title is

Exhibit 1

1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   THE STANDARD INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11
   JOSE DUARTE,                          Case No.  CV 08-03021-JSW
12
              Plaintiff,                 DECLARATION OF DAVID
13                                       MEKVOLD IN SUPPORT OF
        v.                               DEFENDANT STANDARD
14                                       INSURANCE COMPANY'S
   THE STANDARD INSURANCE                OPPOSITION TO PLAINTIFF'S
15 COMPANY a subdivision of STANCORP     MOTION FOR REMAND
   and DOES 1 THROUGH 50,
16                                       Hearing:      August 29, 2008
              Defendants.                Time:         9:00 a.m.
17                                       Courtroom:    2, 17th Floor
                                         Before the Honorable Jeffrey S. White
18

19      I, David Mekvold, hereby declare as follows:

20      1.    I am over 18 years of age and I am a resident of the State of Oregon.  My

21 employment address is 1100 SW 6th Avenue, Portland, OR 97204.

22      2.    I have personal knowledge of the facts set forth in this Declaration and, if called as

23 a witness, could and would testify competently to such facts under oath.

24      3.    I make this declaration in support of Defendant Standard Insurance Company's

25 ("Standard") Opposition to Plaintiff's Motion for Remand to be filed on August 8, 2008.

26      4.    I have been an employee of Standard since 2006.  My current position/title is
   Senior Financial & Accounting Analyst.

Exhibit 1

1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
7  THE STANDARD INSURANCE COMPANY

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  JOSE DUARTE,                        Case No.  CV 08-03021-JSW

13            Plaintiff,                DECLARATION OF BRENT
                                        STEPHENS IN SUPPORT OF
14       v.                             DEFENDANT STANDARD
                                        INSURANCE COMPANY'S
15  THE STANDARD INSURANCE              OPPOSITION TO PLAINTIFF'S
    COMPANY a subdivision of STANCORP   MOTION FOR REMAND
16  and DOES 1 THROUGH 50,
                                        Hearing:      August 29, 2008
17            Defendants.               Time:         9:00 a.m.
                                        Courtroom:    2, 17th floor
18                                      Before the Honorable Jeffrey S. White

19  _____

20       I, Brent Stephens, hereby declare as follows:

21       1.    I am over 18 years of age and I am a resident of the State of Washington.  My

22  employment address is 900 SW 5th Avenue, Portland, OR  97204.

23       2.    I have personal knowledge of the facts set forth in this Declaration and, if called as

24  a witness, could and would testify competently to such facts under oath.

25       3.    I make this declaration in support of Defendant Standard Insurance Company's

26  ("Standard") Opposition to Plaintiff's Motion for Remand to be filed on August 8, 2008.

Exhibit 1

Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
THE STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE DUARTE,<br><br>              Plaintiff,<br><br>    v.<br><br>THE STANDARD INSURANCE COMPANY a subdivision of STANCORP and DOES 1 THROUGH 50,<br><br>              Defendants. | **Case No.  CV 08-03021-JSW**<br><br>**DECLARATION OF CATHY TRAN IN SUPPORT OF DEFENDANT STANDARD INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND**<br><br>Hearing:    August 29, 2008<br>Time:        9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Before the Honorable Jeffrey S. White |

I, Cathy Tran, hereby declare as follows:

1.      I am over 18 years of age and I am a resident of the State of Washington.  My employment address is 1100 SW 6th Avenue, Portland, OR  97204.

2.      I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

3.      I make this declaration in support of Defendant Standard Insurance Company's ("Standard") Opposition to Plaintiff's Motion for Remand to be filed on August 8, 2008.

4.      I have been an employee of Standard since April 2000.  My current position/title

Exhibit 1

1   Shawn Hanson (State Bar No. 109321)
    shanson@jonesday.com
2   Katherine S. Ritchey (State Bar No. 178409)
    ksritchey@jonesday.com
3   JONES DAY
    555 California Street, 26th Floor
4   San Francisco, CA  94104
    Telephone:    (415) 626-3939
5   Facsimile:    (415) 875-5700

6   Attorneys for Defendant
    THE STANDARD INSURANCE  COMPANY

7                   UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10                  SAN FRANCISCO DIVISION

11  **JOSE DUARTE,**                        Case No. **CV-08-03021-JSW**

12              **Plaintiff,**

13          **v.**                          **[PROPOSED] ORDER DENYING
                                            PLAINTIFF'S MOTION FOR
                                            REMAND AND MOTION TO STRIKE**
14  **THE STANDARD INSURANCE**              **DEFENDANT'S DECLARATION IN**
    **COMPANY, a subdivision of STANCORP,** **SUPPORT OF REMOVAL**
15  **and Does 1 through 50,**

16              **Defendants.**             Hearing:      August 29, 2008
                                            Time:         9:00 a.m.
17                                          Courtroom:    2, 17th Floor
                                            Before the Honorable Jeffrey S. White
18

19          Having considered the papers filed in connection with Plaintiff's Motion for Remand and

20  Plaintiff's Motion to Strike Defendant's Declaration in Support of Removal, and the argument of

21  counsel,

22          IT IS HEREBY ORDERED that Plaintiff's Motion for Remand and Plaintiff's Motion to

23  Strike Defendant's Declaration in Support of Removal are DENIED.

24

25  Dated: _____, 2008.    _____

26                                          Jeffrey S. White
                                            United States District Judge

Exhibit 1

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DUARTE<br>      Duarte,<br>vs.<br>THE STANDARD INSURANCE<br>COMPANY, a subdivision of STANCORP,<br>and DOES 1 THROUGH 50,<br>      Defendants | CASE NO: CV 08-03021 JSW<br><br>Hearing: August 29, 2008<br>Time: 9:00 AM<br>Courtroom 2, 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, California |

## ORDER AFTER HEARING ON
## MOTIONS FOR REMAND AND STRIKE DECLARATION

Upon the motions of Mr. JOSE DUARTE for remand and to strike The STANDARD

INSURANCE COMPANY'S (SIC) declaration in support of removal and upon and

following due and adequate notice on all appropriate parties and the arguments of their

counsel of record appearing at the duly scheduled hearing and good cause appearing

therefore:

    IT IS ORDERED, ADJUDGED AND DECREED THAT:

      1.  Motion to strike the declaration in support of removal is GRANTED;

      2.  The declaration in support of removal is STRIKEN;

      3.  Motion for remand is GRANTED;

      4.  This matter is REMANDED TO THE SUPERIOR COURT OF

         CALIFORNIA COUNTY OF ALAMEDA FORTHWITH;

      5.  Duarte to recover his costs, if any; and

      6.  Duarte to recover reasonable attorneys fees.

### * * * END OF ORDER * * *

1  Victor A. Segovia, Esq. Bar No. 146576
   The Segovia Law Office
2  712 Bancroft Road, Number 268
   Walnut Creek, CA 94598
3  (925) 674-0185; (925) 674-0165 fax

4  For Plaintiff Jose Duarte

5          IN THE UNITED STATES DISTRICT COURT

6       FOR THE NORTHERN DISTRICT OF CALIFORNIA

7  JOSE DUARTE                          CASE NO: CV 08-03021 JSW

8        Plaintiff,                     Hearing: August 29, 2008
                                        Time: 9:00 AM
   vs.                                  Courtroom 2, 17th Floor
9  THE STANDARD INSURANCE               450 Golden Gate Avenue
10 COMPANY, a subdivision of STANCORP,  San Francisco, California
   and DOES 1 THROUGH 50,
11       Defendants

12         **DUARTE CERTIFICATE OF SERVICE ON REPLY:**

13 ALL PARTIES RECEIVE SERVICE BY ELECTRONIC MEANS THROUGH THE
   COURT'S ECF SYSTEM.  UNDERSIGN IS NOT AWARE OF ANY OTHER
14 PARTY REQUIRING SERVICE BY OTHER MEANS.
           On the date below, UNDERSIGN CAUSED TO BE SERVED:
15
16 **DUARTE REPLY TO OPPOSITION TO STRIKE  AND REMAND;**
   **ORDER AFTER HEARING ON MOTIONS FOR REMAND AND**
17 **STRIKE DECLARATION**

18 I certify the foregoing is true and correct and that this was executed in Walnut Creek,
   California on:

19 August 13, 2008                 The Segovia Law Office
                                   /s/ Victor A. Segovia
20                                 Counsel to Plaintiff

21 Service List:

| Standard Insurance Company | Katherine Ritchey |
| --- | --- |
| | Jones Day |
| | 555 California Street, Floor 26 |
| | San Francisco, CA 94104 |

24

25

26

27

28

**THE SEGOVIA LAW OFFICE**
712 BANCROFT ROAD NUMBER 268
WALNUT CREEK, CALIFORNIA  94598