IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE DUARTE,

    Plaintiff,

v.

THE STANDARD INSURANCE COMPANY,

    Defendant.
_____/

No. C 08-03021 JSW

**ORDER RE OPPOSITION BRIEF AND REPLY**

On August 13, 2008, Plaintiff filed his reply in support of his motions to remand and to strike the declaration in support of Defendant's Notice of Removal. In his reply, Plaintiff asserts that electronic service of Defendant's opposition briefs was incomplete and that, as of August 12, 2008, he had not received service of complete copies of the papers. The Court notes that the Court's electronic filing system contains complete copies of the opposition briefs and, therefore, the Court considers the oppositions to be timely filed. However, Defendant shall provide Plaintiff with a complete copy of its papers and supporting declarations by no later than 12:00 p.m., Thursday, August 14, 2008, and shall file a notice of compliance with the Court. The Court shall grant Plaintiff until Friday, August 22, 2008 to file reply briefs. The hearing on these motions remains on calendar on August 29, 2008.

**IT IS SO ORDERED.**

Dated: August 13, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE