1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   THE STANDARD INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  **JOSE DUARTE,** | **Case No. CV-08-03021-JSW** |
| 13           **Plaintiff,** | |
| 14       v. | **Notice of Compliance with Order to Provide Plaintiff with Copies of** |
| 15  **THE STANDARD INSURANCE COMPANY, a subdivision of STANCORP,** | **Defendant's Opposition to Motion to Strike, Motion for Remand, and** |
| 16  **and Does 1 through 50,** | **Supporting Documents** |
| 17           **Defendants.** | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to this Court's August 13, 2008 Order, and in connection with Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Strike and Motion for Remand (Dk. #27), Defendant Standard Insurance Company ("Standard") hereby affirms that it has complied with this Court's Order.

Notice of Compliance; CV-08-03021-JSW

1    Prior to receipt of this Court's Order, Standard provided Plaintiff with copies of Dk. #s
2  19-26, i.e., Standard's Opposition briefs and supporting documents.  *See* Hanson Declaration in
3  Support of Notice of Compliance, Ex. 1.  Standard provided copies of these documents to
4  Plaintiff by facsimile and overnight courier.  *Id.*

8  Dated:  August 13, 2008                                  Respectfully submitted,

9                                                                                  Jones Day

11                                                                               By:   /s/ Shawn Hanson
12                                                                                        Shawn Hanson

13                                                                               Attorneys for Defendant
                                                                                        THE STANDARD INSURANCE
14                                                                                      COMPANY

17  SFI-589885v1