Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
THE STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE DUARTE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STANDARD INSURANCE COMPANY, a subdivision of STANCORP, and Does 1 through 50,<br><br>    Defendants. | Case No. CV-08-03021-JSW<br><br>**DECLARATION OF SHAWN HANSON IN SUPPORT OF DEFENDANT'S NOTICE OF COMPLIANCE** |

I, SHAWN HANSON, declare as follows:

1. I am a member of the State Bar of California and admitted to practice in this Court. I am one of the counsel of record for defendant STANDARD INSURANCE COMPANY ("Standard") in the above-captioned matter. I make this declaration in support of Standard's Notice of Compliance. The facts stated herein are true and correct based upon my personal knowledge. If called upon as a witness, I could and would competently testify as stated below.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter dated August 13, 2008, sent to Plaintiff.

1 | I declare under penalty of perjury under the laws of the United States and the State of
2 | California that the foregoing is true and correct.  Executed this 13th day of August 2008, at San
3 | Francisco, California.

By:  /s/ Shawn Hanson
     Shawn Hanson

SFI-589888v1

# JONES DAY

555 CALIFORNIA STREET • 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104-1500
TELEPHONE: 415-626-3939 • FACSIMILE: 415-875-5700

Direct Number: (415) 875-5726
shanson@jonesday.com

JP006044:rc
529625-600082

August 13, 2008

<u>VIA OVERNIGHT COURIER & FACSIMILE  (925) 674-0165</u>

Victor A. Segovia
The Segovia Law Office
712 Bancroft Road, Number 268
Walnut Creek, CA 94598

   Re: <u>Jose Duarte v. The Standard Insurance Company, et al.
     District Court of the Northern District, Case No. C-08-03021-JSW</u>

Dear Mr. Segovia:

  On August 13, 2008, Plaintiff Jose Duarte filed Duarte [sic] Reply to Opposition to Strike and Remand (Dk. #27), asserting that the "whole" of documents 19 through 26 had not been filed. This assertion is inconsistent with what is currently on the Electronic Case Filing ("ECF") System. ECF indicates that documents 19 through 26 have been filed in their entirety. Nonetheless, as a courtesy, and also as a confirmation of what appears on ECF, please find enclosed copies of documents 19 through 26. Please note that each document is stamped at the top, by ECF, with the case number, document number, date filed, and pages filed. This confirms that each document was filed correctly and in its entirety.

  Additionally, prior to this letter, Standard has not delivered paper copies of documents 19 through 26 via the United States Postal Service or otherwise to Plaintiff. This practice is consistent with General Order 45, which provides in relevant part:

> **IX. Service of Electronically Filed Documents.**
> A. Generally. Parties in cases subject to ECF shall make available electronic mail addresses for service. Upon the filing of a document by a party, an e-mail message will be automatically generated by the electronic filing system and sent to all parties in the case. Receipt of this message shall constitute service on the receiving party. In addition to receiving e-mail notifications of filing activity, the parties are strongly encouraged to check the docket in their case on the electronic filing system at regular intervals. A PACER account will be necessary to check the electronic docket.
>
> B. Parties in Cases Subject to ECF. The automatic e-mail message generated by the ECF system and sent to all parties whose e-mail addresses have been registered in the case, as described in Section A. above, shall constitute service on the attorney or other persons in a case subject to ECF.

SFI-589874v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Victor A. Segovia
August 13, 2008
Page 2

    Thus, Standard has properly served Plaintiff. There can be no doubt as to Plaintiff's familiarity and endorsement of ECF, as Plaintiff's Reply to Standard's Opposition Briefs (Dk. #27) was filed through ECF.

    Nonetheless, in the future, if you are unable to adequately access ECF and would like Standard to provide you with copies of documents filed through ECF, please do not hesitate to contact me and let me know how I can assist you.

                              Very truly yours,

                              Shawn Hanson

Enclosures