IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE DUARTE,

    Plaintiff,

    v.

THE STANDARD INSURANCE COMPANY, et al.

    Defendants.

_____/

No. 08-03021 JSW

**ORDER STRIKING AMENDED COMPLAINT**

On December 10, 2008, Plaintiff filed an "Amended Complaint," in which he adds a new defendant and one additional count, and incorporates his original complaint by reference. This violates Northern District Civil Local Rule 10-1, which states that "[a]ny party filing or moving to file an amended pleading must reproduce the entire proposed pleading and may not incorporate any part of a prior pleading by reference."

Accordingly, the Court HEREBY STRIKES the proposed Amended Complaint from the record. The Court does not intend to preclude Plaintiff from filing an amended complaint. However, when he re-files, he must comply with Northern District Civil Local Rule 10-1.

**IT IS SO ORDERED.**

Dated: December 11, 2008

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE