# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ District of _____ CALIFORNIA _____

JOSE DUARTE
                Plaintiff (s),
V.

STANDARD INSURANCE CO, et. al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 08-03021 JSW

Notice is hereby given that, subject to approval by the court, JOSE DUARTE substitutes
(Party (s) Name)

LEANDRO H. DURAN _____, State Bar No. 121847 _____ as counsel of record in
(Name of New Attorney)

place of VICTOR SEGOVIA _____
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        LEANDRO H. DURAN
    Address:           98 S. Market St, Suit 300, San Jose, CA 95113
    Telephone:       (510) 540-1046 _____ Facsimile _____
    E-Mail (Optional): _____

I consent to the above substitution.
Date: 1-15-09
    (Signature of Party (s))

I consent to being substituted.
Date: 1-21-09
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 02/01/09
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 23, 2009
    Jeffrey S. White, Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]