United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DUARTE,<br><br>    Plaintiff,<br><br>   v.<br><br>THE STANDARD INSURANCE COMPANY,<br><br>    Defendant.<br>_____ / | No. C 08-03021 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On May 11, 2009, Defendant, The Standard Insurance Company, filed a Motion to Strike Plaintiff's Amended Complaint or, in the Alternative, to Dismiss the Fifth, Sixth and Seventh Causes of Action. That motion is noticed for hearing on June 26, 2009. It is HEREBY ORDERED that Plaintiff's opposition brief shall be due on or before May 29, 2009, and Defendant's Reply shall be due on or before June 5, 2009. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing. If any party seeks to alter this briefing schedule, it must submit a request demonstrating good cause for such a request.

**IT IS SO ORDERED.**

Dated: May 13, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE