IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE DUARTE,

    Plaintiff,

v.

THE STANDARD INSURANCE COMPANY,

    Defendant.
                                       /

No. C 08-03021 JSW

**ORDER SETTING BRIEFING SCHEDULE ON OAKLAND UNIFIED SCHOOL DISTRICT'S MOTION TO DISMISS**

On May 20, 2009, Defendant, Oakland Unified School District ("OUSD"), filed a Motion to Dismiss Plaintiff's Amended Complaint, and noticed the motion for hearing on July 31, 2009. OUSD also has filed a Notice of Joinder in the motion to strike filed by Defendant The Standard Insurance Company, which is set for hearing on June 26, 2009. The briefing schedule on Standard's motion remains unchanged, and the hearing remains on calendar on June 26, 2009. Because the outcome of Standard's motion may impact OUSD's motion to dismiss, the parties shall file their opposition and reply briefs to that motion in accordance with the Local Rules. Thus, Plaintiff's opposition shall be due on or before July 10, 2009, and OUSD's reply shall be due on or before July 17, 2009. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing.

**IT IS SO ORDERED.**

Dated: May 20, 2009

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE