Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
THE STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**JOSE DUARTE,**

**Plaintiff,**

**v.**

**THE STANDARD INSURANCE COMPANY, a subdivision of STANCORP, and Does 1 through 50,**

**Defendants.**

**Case No. CV-08-03021-JSW**

**~~[PROPOSED~~] ORDER GRANTING STIPULATION FOR CONTINUANCE OF PRETRIAL DEADLINES AND TO VACATE CURRENTLY SCHEDULED HEARING DATES AND TRIAL DATE**
AND VACATING JUNE 26, 2009 HEARING DATE

Having considered the parties' Joint Stipulation For Continuance Of Pretrial Deadlines And To Vacate Currently Scheduled Hearing Dates And Trial Date, and good cause having been shown, IT IS HEREBY ORDERED:

1. That the following pretrial deadlines are continued to the dates set forth below:
   a. August 3, 2009 - Deadline to complete depositions of individuals and PMKs.
   b. August 3, 2009 - Deadline for Plaintiff to complete disclosure of expert witnesses.
   c. September 1, 2009 - Deadline to complete disclosure of defendant's rebuttal witnesses.
   d. October 1, 2009 - Deadline to complete expert discovery.
   e. October 16, 2009 - Deadline to file dispositive motions.
   f. December 4, 2009 - Last day to hear dispositive motions.
   g. January 7, 2010 - Last day for pretrial settlement conference.
2. The trial date currently set for February 16, 2009, the Pretrial Conference set for January 25, 2010, and the Further Case Management Conference set for October 2, 2009, are herby vacated. The trial and Pretrial Conference dates shall be rescheduled at the Further Case Management Conference. The time and date for the Further Case Management Conference shall be noticed by the Court.

The Court shall hold a further case management conference on December 4, 2009, following the hearing on dispositive motions solely for the purposes of setting a pretrial conference and trial date. If the parties do not file dispositive motions, the case management conference will be heard at 1:30 p.m. on December 4, 2009.

Dated: June 18, 2009

By: [signature]
The Honorable Jeffrey S. White
United States District Court Judge

It is FURTHER ORDERED that the June 26, 2009 hearing on the motion to strike is VACATED because the Court finds the matter suitable for disposition without oral argument. An order shall issue in due course.

LAI-3031061v1