Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
THE STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSE DUARTE,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**THE STANDARD INSURANCE COMPANY, a subdivision of STANCORP, and Does 1 through 50,**<br><br>        **Defendants.** | **Case No. CV-08-03021-JSW**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR CONTINUANCE OF PRETRIAL DEADLINES** |

Having considered the parties' Joint Stipulation For Continuance Of Pretrial Deadlines, and good cause having been shown, IT IS HEREBY ORDERED that the deadline to complete depositions of individuals and PMKs is continued to August 24, 2009.  Further, the deadline to complete any depositions of third party medical providers is October 1, 2009.

Dated:  July 27, 2009

_____
Honorable Jeffrey S. White
United States District Judge

SFI-615012v1

[PROPOSED] ORDER; CV-08-03021-JSW