| | |
|---|---|
| 1 | Shawn Hanson (State Bar No. 109321) |
| | shanson@jonesday.com |
| 2 | Katherine S. Ritchey (State Bar No. 178409) |
| | ksritchey@jonesday.com |
| 3 | JONES DAY |
| | 555 California Street, 26th Floor |
| 4 | San Francisco, CA  94104 |
| | Telephone:     (415) 626-3939 |
| 5 | Facsimile:      (415) 875-5700 |

Attorneys for Defendant
THE STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSE DUARTE,** | Case No. CV-08-03021-JSW |
| **Plaintiff,** | |
| v. | **[PROPOSED] ORDER GRANTING STIPULATION FOR TO DISMISS ACTION WITH PREJUDICE** |
| **THE STANDARD INSURANCE COMPANY, a subdivision of STANCORP, and Does 1 through 50,** | |
| **Defendants.** | |

Pursuant to the Stipulation of the parties, the above entitled action is hereby dismissed with prejudice.

Dated: August 28, 2009

_____
Honorable Jeffrey S. White
United States District Judge

LAI-3048872v1

[PROPOSED] ORDER; CV-08-03021-JSW